**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **LISA MURPHY,** ADC #760343 | **PLAINTIFF** |
| V.   Case No. 1:14-cv-83 KGB/JTR | |
| **CLARK, Sergeant,** McPherson Unit, ADC | **DEFENDANT** |

## ORDER

On August 7, 2014, the Court directed plaintiff Lisa Murphy to file within 30 days an amended complaint containing information necessary to complete screening mandated by 28 U.S.C. § 1915A (Dkt. No. 4). Further, the Court notified Ms. Murphy that, if she failed to file such an amended complaint within the designated time, this Court would dismiss without prejudice her claims for lack of prosecution. Ms. Murphy has failed to comply with the August 7, 2014, Order, and the time for doing so has passed.

Thus, this Court dismisses without prejudice Ms. Murphy's claims pursuant to Fed. R. Civ. P. 41(b) and Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 10th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE