# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LISA MURPHY,**
**ADC #760343**                                                                                       **PLAINTIFF**

**V.**                           Case No. 1:14-cv-83 KGB/JTR

**CLARK, Sergeant,**
**McPherson Unit, ADC**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Court's Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court denies the relief sought and certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

SO ADJUDGED this 10th day of December, 2014.

_____
Kristine G. Baker
United States District Judge